# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT GREENEVILLE

| | | |
|---|---|---|
| SANFORD L. RUSH | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No.: 2:07-CV-210** |
| | ) | |
| CASH EXPRESS, LLC, | ) | |
| RECOVERY & RESTORATION | ) | **Greer/Inman** |
| SPECIALISTS, MELLISSIA BERRY | ) | |
| and KELLIE MCDONALD | ) | |
| | ) | |
| **Defendants.** | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Defendants herein, by and through their attorneys, that the above-entitled action against all Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Respectfully submitted,

Dated: December 7, 2007

By: **/s/    Alan C. Lee**
Alan C. Lee, Attorney for Plaintiff
BPR # 012700
PO Box 1357
Morristown, TN 37816-1357
(423) 581-0924
info@alanlee.com

By: **/s/    Stephen D. Barham**
Stephen D. Barham, Attorney for Defendants
BPR # 019292
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402
(423) 756-3000
sbarham@cbslawfirm.com

2